IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| DALE MICHAEL HANSON, | ) | Cause No. CV 05-94-M-LBE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | FINDINGS AND RECOMMENDATION |
| | ) | OF U.S. MAGISTRATE JUDGE |
| VALERIE WILSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On May 25, 2005, Plaintiff Dale Hanson applied to proceed *in forma pauperis* with this action under 42 U.S.C. § 1983.  Hanson's Complaint was received in the Billings Division on February 23,

FINDINGS AND RECOMMENDATION
OF U.S. MAGISTRATE JUDGE / PAGE 1

2005.  *See* Remark (June 24, 2005).[1]  The *forma pauperis*
application remains pending.

On August 2, 2005, Hanson filed a "Motion for an Injunction
Against State of Montana."  He seeks an order preventing the
State of Montana from prosecuting or detaining him on the grounds
that he failed to register as a sex offender.  He points out that
he is currently appealing this Court's denial of federal habeas
relief against the conviction that gave rise to the registration
requirement.

The Eleventh Amendment to the United States Constitution
precludes suit against the State of Montana in federal court
unless the State waives its sovereign immunity.  Montana has not
done so.  Moreover, the State of Montana is not a party to this
action.  The relief Hanson seeks is not available in this action.

Further, Hanson's request is fundamentally ill-conceived.
His conviction remains valid until it is overturned, and his
obligation to register as a sex offender continues for as long as
his conviction remains valid.  If his conviction is overturned,
then he will not be required to register.  The federal courts are
available to give Hanson an opportunity to prove that his

--------

[1]  The complaint was not filed at that time due to United
States Magistrate Judge Richard W. Anderson's recommendation on
February 23, 2005, that three other, similar actions should be
dismissed as premature.  *See Hanson v. Donohoe*, No. CV 05-03-BLG-
RWA; *Hanson v. Harball*, No. CV 05-04-BLG-RWA; *Hanson v. Holton*,
No. CV 05-23-BLG-RWA.

FINDINGS AND RECOMMENDATION
OF U.S. MAGISTRATE JUDGE / PAGE 2

conviction is invalid, not to suspend his conviction until the State proves it is valid.

Based on the foregoing, the Court enters the following:

**RECOMMENDATION**

Hanson's motion for an injunction against the State of Montana (doc. 3) should be DENIED.

The Clerk of Court shall serve a copy of the Findings and Recommendation of the United States Magistrate Judge upon the Plaintiff.  Plaintiff is advised that, pursuant to 28 U.S.C. § 636, any objections to these findings must be filed or delivered to prison authorities for mailing within twenty (20) calendar days after the date on the certificate of mailing below, or objection is waived.

Hanson must immediately inform the Court of any change in his address.

DATED this 16th day of November, 2005.


     /s/ Leif B. Erickson
Leif B. Erickson
United States Magistrate Judge


FINDINGS AND RECOMMENDATION
OF U.S. MAGISTRATE JUDGE / PAGE 3